UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN O'MARA, WILLIAM DOHERTY JR., RICHARD KELLETT, MICHAEL O'CONNELL III, MARK MORGAN, ROBERT KOESTER, DENNIS CORRIGAN, JOHN DELUCA, DAN LAUGHLIN, AND MICHAEL MCAULIFFE, in Their Representative Capacities as Trustees of the PLUMBERS AND PIPEFITTERS WELFARE EDUCATIONAL FUND, PLUMBERS AND PIPEFITTERS PENSION FUND, and PLUMBERS AND PIPEFITTERS LOCAL 562 SUPPLEMENTAL PENSION PLAN AND TRUST, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| and | ) ) | |
| PLUMBERS AND PIPEFITTERS LOCAL 562, a Labor Organization, | ) ) ) | Case No. |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| BECHER'S SEWER & DRAIN, INC., an Administratively Dissolved Missouri Corporation, | ) ) ) ) | |
| Serve at:    Jeff Becher<br>1770 Engle Dr.<br>Arnold, MO 63010 | ) ) ) ) | |
|     Or Wherever it May be Found | ) ) | |
| and | ) ) | |
| MARY BECHER, an individual doing business as Becher's Sewer & Drain, Inc., | ) ) ) | |
| Serve at:    Mary Becher<br>1770 Engle Dr.<br>Arnold, MO 63010 | ) ) ) ) | |
|     Or Wherever She May be Found | ) ) | |
| Defendants. | ) | |

1

**COMPLAINT**

COME NOW Plaintiffs, by and through their attorneys, and for their cause of action against Defendants state:

1.        Jurisdiction of the cause of action and the parties hereto is conferred upon this Court by subsections (a), (b) and (c) of Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. Section 185 (hereinafter referred to as the "LMRA"), and Sections 502(e)(1) and (f) of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. Sections 1132(e)(1) and (f) (hereinafter referred to as "ERISA").

2.        Venue in this Court is appropriate by virtue of 29 U.S.C. Section 1132(e)(2).

3.        The Plumbers and Pipefitters Welfare Educational Fund, the Plumbers and Pipefitters Pension Fund, and the Plumbers and Pipefitters Local 562 Supplemental Pension Plan and Trust (hereinafter, the "Plumbers & Pipefitters Funds") are employee benefit plans created in accordance with the provisions of Section 302(c)(5) and (c)(6) of the LMRA, 29 U.S.C. Sections 186(c)(5) and (c)(6). The Plumbers & Pipefitters Funds are employee benefit plans within the meaning of Sections 3(3) and (4)(a) of ERISA, 29 U.S.C. Section 1002(3) and 1003(a), and are multi-employer plans within the meaning of Section 515 of ERISA, 29 U.S.C. Section 1145.

4.        The Plumbers and Pipefitters Funds are administered from offices located within this judicial district.

5.        Plaintiffs John O'Mara, William Doherty Jr., Richard Kellett, Michael O'Connell III, Mark Morgan, Robert Koester, Dennis Corrigan, John Deluca, Dan Laughlin, and Michael McAuliffe are the Trustees of the Plumbers & Pipefitters Funds, and as such, are fiduciaries within the meaning of Sections 502(a)(3) and (g)(1) of ERISA, 29 U.S.C. Sections 1132(a)(3) and 1132(g)(1).

6.        Plumbers and Pipefitters Local 562 is a labor organization within the meaning of

2

Section 2(5) of the LMRA, 29 U.S.C. Section 152(5), representing employees in an industry affecting commerce within the meaning of Section 301 of the LMRA, 29 U.S.C. Section 185.

7.     Defendant Becher's Sewer & Drain, Inc., is, was, and at all relevant times has been, an employer in an industry affecting commerce within the meaning of Sections 3(5), (11), (12), and 515 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1002(5), (11), (12) and 1145, and Sections 2(2), (6) and (7) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. §§ 152(2), (6) and (7), having an office and place of business within this judicial district.

8.     Defendant Becher's Sewer & Drain, Inc., is an administratively dissolved Missouri corporation and at all times relevant herein was doing business within the State of Missouri and within this Court's jurisdiction.

9.     Pursuant to § 351.476.2(1) RSMo, dissolution of a corporation does not transfer title to the corporation's property.

10.     Defendant Becher's Sewer & Drain, Inc., was administratively dissolved in the State of Missouri on or about October 14, 2025. Pursuant to § 351.486.3 RSMo, officers of a dissolved corporation who carry on the business of the corporation, but do not wrap-up its affairs, are personally liable for any obligations incurred by the corporation.

11.     Pursuant to §351.476.2(3) RSMo, dissolution of a corporation does not "[s]ubject its directors or officers to standards of conduct different from those applicable to directors and officers of a corporation which has not been dissolved; provided that any such officer or director who conducts business on behalf of the corporation except as provide in this section shall be personally liable for any obligation so incurred."

12.     Pursuant to § 351.476.2(5) RSMo, dissolution of a corporation does not "[p]revent

commencement of a proceeding by or against the corporation in its corporate name."

13.    Upon information and belief, at all times relevant herein, after Defendant Becher's Sewer & Drain, Inc. was administratively dissolved, it continued performing work under the name "Becher's Sewer & Drain, Inc."

14.    Upon information and belief, at all times relevant herein, after Defendant Becher's Sewer & Drain, Inc. was administratively dissolved, it continued its corporate existence pursuant to § 351.486.3 RSMo and § 351.476 RSMo.

15.    Defendant Mary Becher is the owner of Becher's Sewer & Drain, Inc.

16.    Upon information and belief, Defendant Mary Becher continued to operate and carry on business, in a manner other than for winding up and liquidating its affairs, under the name Becher's Sewer & Drain, Inc. after the dissolution.

17.    Defendant Becher's Sewer & Drain, Inc. has been party to a collective bargaining agreement with Plumbers and Pipefitters Local 562 at all times relevant hereto.

18.    Defendant Becher's Sewer & Drain, Inc. is bound by various Trust Agreements relating to the Plumbers and Pipefitters Funds.

19.    Under the terms of the collective bargaining agreement, Defendant Becher's Sewer & Drain, Inc. is required to make contributions to the Plumbers and Pipefitters Funds pursuant to the formula set forth therein, to file monthly contribution report forms and to remit dues payments to Plumbers and Pipefitters Local 562.

20.    Defendant Becher Sewer & Drain, Inc. has failed to make the required contributions and dues payments.

21.    The collective bargaining agreement requires delinquent employers to pay liquidated damages, attorneys' fees, court costs, and audit costs.

4

22. Section 502(g) of ERISA, 29 U.S.C. Section 1132(g), provides that in an action such as this to enforce 29 U.S.C. Section 1145, the Court shall award the unpaid contributions, interest on the unpaid contributions, liquidated damages in an amount equal to the interest or in the amount set forth in the plan, and reasonable attorneys' fees and costs.

23. As a result of Defendant Mary Becher continuing to operate and carry on business, under the name Becher's Sewer & Drain, Inc. after its dissolution, Defendant Mary Becher is personally liable for any and all obligations incurred by Defendant Becher's Sewer & Drain, Inc.

WHEREFORE, Plaintiffs pray that this Court enter its order, judgment and decree against Defendant Becher's Sewer & Drain, Inc. and Defendant Mary Becher, jointly and severally, awarding Plaintiffs the following relief for their cause of action:

a. An audit to determine all amounts owed to the Plumbers and Pipefitters Funds;

b. A judgment for all contributions owed to the Plumbers and Pipefitters Funds;

c. A judgment for dues payments owed to Plumbers and Pipefitters Local 562;

d. A judgment for liquidated damages, interest, costs, and reasonable attorneys' fees pursuant to 29 U.S.C. §1132(g) and the collective bargaining agreement;

e. For such other and further relief as the Court may consider appropriate under the circumstances.

Respectfully submitted,

HARTNETT REYES-JONES, LLC


  /s/ Alexandria E. Schaefer
MICHAEL A. EVANS, #58583MO
ALEXANDRIA E. SCHAEFER, #75751MO
4399 Laclede Avenue
St. Louis, Missouri 63108
Phone: (314) 531-1054
Fax:   (314) 531-1131
mevans@hrjlaw.com
aschaefer@hrjlaw.com

Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

The undersigned certifies that on August 4, 2026, a copy of the foregoing was mailed, by Certified Mail, Return Receipt Requested, to the Secretary of Labor, United States Department of Labor, P.O. Box 1914, Washington, D.C. 20013 and to the Secretary of the Treasury, United States Treasury, 1500 Pennsylvania Avenue, Washington, D.C. 20220.


  /s/ Alexandria E. Schaefer

6